UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GENERAL PRODUCE CO., LTD.,
a California limited partnership,

        Plaintiff,

  v.

CAPITAL CITY RESTAURANTS, INC., a California corporation doing business as TGI FRIDAY'S; and MIKE ALIZADEH, an individual also knownas MEHRAN ALIZADEH,

        Defendants.
_____/

NO. CIV. S-07-1893 LKK/EFB

O R D E R

The status conference currently set for December 3, 2007 is hereby CONTINUED to January 28, 2008 at 1:30 PM.

IT IS SO ORDERED.

DATED: October 29, 2007.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1