1  TRAINOR FAIRBROOK
   ANGELA W. GATHERU (SBN 218909)
2  980 Fulton Avenue
   Sacramento, California  95825-4558
3  Telephone:  (916) 929-7000
   Facsimile:  (916) 929-7111
4  wms:3592000.541918.1

5  Attorneys for Defendants
   CAPITAL CITY RESTAURANTS, INC., ET AL.
6
   NOMELLINI, GRILLI & McDANIEL
7  DANIEL A. MCDANIEL (SBN 77363)
   235 East Weber Avenue
8  Post Office Box 1461
   Stockton, California 95201-1461
9  Telephone:  (209) 465-5883
   Facsimile:  (209) 465-3956
10
   Attorneys for Plaintiffs GENERAL PRODUCE CO.,
11 LTD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL PRODUCE CO., LTD., a California limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL CITY RESTAURANTS, INC., a California corporation doing business as TGI FRIDAY'S; and MIKE ALIZADEH, an individual also known as MEHRAN ALIZADEH<br><br>Defendant. | Case No. 2:07-CV-01893-LKK-EFB<br><br>**STIPULATION TO SET ASIDE ENTRY OF DEFAULT** |

STIPULATION TO SET ASIDE ENTRY OF DEFAULT                                    -1-

The parties hereto, by and through their attorneys, hereby stipulate to set aside the entry of default filed on December 12, 2007. This stipulation is conditioned on the filing of an answer by Defendants on or before December 21, 2007.

Dated:  December 21, 2007         NOMELLINI, GRILLI & MCDANIEL

By:   /s/
   DANIEL A. MCDANIEL
   Attorneys for Plaintiff GENERAL
   PRODUCE CO., LTD

Dated:  December 21, 2007         TRAINOR FAIRBROOK

By:   /s/
   ANGELA W. GATHERU
   Attorneys for Defendants CAPITAL CITY
   RESTAURANTS, INC., ET AL.

IT IS SO ORDERED:

DATED:   January 9, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION TO SET ASIDE ENTRY OF DEFAULT                               -2-