DANIEL A. McDANIEL - SBN 77363
NOMELLINI, GRILLI & McDANIEL
PROFESSIONAL LAW CORPORATIONS
235 East Weber Avenue
Post Office Box 1461
Stockton, California 95201-1461
Telephone: (209) 465-5883
Facsimile: (209) 465-3956

Attorneys for Plaintiff,
General Produce Co., Ltd.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL PRODUCE CO., LTD., a California limited partnership,<br><br>Plaintiff,<br><br>vs.<br><br>CAPITAL CITY RESTAURANTS, INC., a California corporation doing business as TGI FRIDAY'S; and MIKE ALIZADEH, an individual also known as MEHRAN ALIZADEH,<br><br>Defendants. | Case No. 2:07-CV-01893-LKK-EFB<br><br>**JUDGMENT PURSUANT TO STIPULATION** |

Pursuant to the written Stipulation for Entry of Judgment made and filed in this matter;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff General Produce Co., Ltd. shall have judgment against the defendants Capital City Restaurants, Inc., a California corporation doing business as TGI Friday's, and Mike Alizadeh, an individual also known as Mehran Alizadeh, as follows:

1. Plaintiff shall have and recover judgment from and against defendants Capital City Restaurants, Inc., a California corporation doing business as TGI Friday's, and Mike Alizadeh, an individual also known as Mehran Alizadeh in the sum of $24,000.00.

2. This judgment arises from the sale by plaintiff to defendants Capital City

Restaurants, Inc., a California corporation doing business as TGI Friday's, and Mike Alizadeh, an individual also known as Mehran Alizadeh, of perishable agricultural commodities under the Perishable Agricultural Commodities Act ("PACA") and the statutory trust protections afforded pursuant to Title 7 of the United States Code, section 499e(c), and defendants' failure to pay for such PACA commodities.

3. By virtue of the defendants' Capital City Restaurants, Inc., a California corporation doing business as TGI Friday's, and Mike Alizadeh, an individual also known as Mehran Alizadeh failure to pay plaintiff for such PACA commodities, defendants have violated PACA and are hereby permanently enjoined from further violations of PACA.

4. Defendants shall pay plaintiff the sum of $4,000.00 per week, for a period of six weeks, without grace. The payments shall be made every Friday, commencing with the first payment on Friday, January 25, 2008. So long as defendants timely make these payments, no execution shall issue on this judgment. In the event all payments are timely made, plaintiff shall file an acknowledgment of satisfaction of this judgment.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 23, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-2-
_____
Judgment Pursuant to Stipulation